UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KENNY LY KAING, | ) | 1:06-CV-01727 OWW SMS HC |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER DISMISSING MOTION TO |
| | ) | ENFORCE JUDGMENT |
| v. | ) | |
| | ) | |
| | ) | ORDER DIRECTING CLERK OF COURT |
| DENNIS SMITH, Warden, | ) | TO ENTER JUDGMENT AND CLOSE CASE |
| | ) | |
| Respondent. | ) | |
| | ) | |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

Petitioner is currently in custody of the Bureau of Prisons ("BOP") at the Federal Prison Camp in Atwater, California, pursuant to a judgment of the United States District Court. Petitioner was sentenced to serve 135 months in prison on May 7, 2004.

On November 30, 2006, Petitioner filed the instant federal petition for writ of habeas corpus in this Court. Petitioner claimed the BOP is unlawfully denying him consideration for placement into a Residential Re-entry Center ("RRC").

On January 19, 2007, the undersigned issued an order granting the petition and ordering Respondent to consider the appropriateness of transferring Petitioner to an RRC in light of the factors set forth in § 3621(b), not excluding any other factors deemed appropriate by the BOP,

without reference to the BOP policy promulgated in December 2002 and without reference to the BOP's February 14, 2005, amendment to 28 C.F.R. § 570.21, within six (6) months of the date of service of this order.

After six months passed, on July 30, 2007, Petitioner filed a motion to enforce the judgment. On August 7, 2007, Respondent filed a notice of verification of compliance. Respondent states he conducted the inquiry ordered by the Court on May 17, 2007. As proof, Respondent has submitted a copy of the completed form entitled, "Institutional Referral for CCC Placement." See Attached Document to Respondent's Notice. According to the form, Petitioner was evaluated on May 17, 2007, "without reference to the time constraints imposed by 28 CFR § 570.20-21 or the 2002 and 2005 Community Corrections Policies." Id. As a result of this evaluation, the BOP has determined Petitioner is to spend between 150 to 180 days in a Residential Re-entry Center before his release. Id.

Because Petitioner has been granted the relief he requested, his motion to enforce the judgment is now moot.

**ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's motion to enforce judgment is DISMISSED as moot; and

2. The Clerk of Court is DIRECTED to enter judgment.

IT IS SO ORDERED.

Dated:   August 17, 2007                    /s/ Oliver W. Wanger
                                         UNITED STATES DISTRICT JUDGE